IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| VERGIL EURISTI MARTINEZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-02-718 |
| | § | |
| DOUG DRETKE, DIRECTOR | § | |
| OF TDCJ-CID | § | |

**FINAL JUDGMENT**

For the reasons set forth in this Court's Opinion and Order entered on even date herewith, it is **ORDERED** that the "Petition for Writ of Habeas Corpus by a Person in State Custody" of Vergil Euristi Martinez is **GRANTED** insofar as it claims that Petitioner's trial attorneys provided ineffective assistance of counsel for failing to investigate mitigating evidence available to them.

It is further **ORDERED** that the death sentence entered on April 15, 1998, by the 23rd District Court of Brazoria County, Texas in Cause No. 32,079, styled *State of Texas v. Virgil Euristi Martinez*, is **VACATED**.

It is further **ORDERED** that the State of Texas shall initiate a new punishment proceeding in Cause No. 32,079 within 120 days of this Final Judgment. If appealed in a timely manner, this Final Judgment is **STAYED** pending resolution of the appeal. Any relief sought by the parties that is not specifically granted herein is **DENIED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 7th day of February, 2006.

_____
Samuel B. Kent
United States District Judge